Submitted December 12, 1966. *Harry Phillips,* appellant, in propria persona; *Ervin S. Fennell, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Pluto, Appellant.

Submitted December 12, 1966. *John Pluto,* appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Richardson, Appellant.

Submitted December 12, 1966. *Lorenzo Richardson,* appellant, in propria persona; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellant.

Order affirmed.

## Commonwealth *v.* Richardson, Appellant.

Argued December 12, 1966. *Leonard Packel,* Assistant Defender, with him *Martin I. Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, with him *Charles W. Sweeney, Jr.,* Assistant District Attorney, and *Ar-*